**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Michael Bradley,<br><br>Plaintiff,<br><br>v.<br><br>Buyers Edge Platform, LLC, et al.,<br><br>Defendants. | Case No. 25-cv-13586<br>Judge Manish Shah |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: in favor of defendants Buyers Edge Platform, LLC and John Davie, and against plaintiff Michael Bradley. Counts I, II, III, and IV are dismissed with prejudice. Counts V, VI, VII, and VIII are dismissed without prejudice under 28 U.S.C. § 1367(c)(3).

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 9/14/2026

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk